IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SHAWN LOWRY,

    Petitioner,

v.                                        4:15cv267–WS/GRJ

STATE OF FLORIDA,

    Respondent.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed July 9, 2015.  Doc. 4.  The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be dismissed without prejudice for failure to exhaust available state court remedies.  The petitioner has filed no objections to the report and recommendation.

This court having reviewed the magistrate judge's report and recommendation, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 4) is hereby

ADOPTED and incorporated by reference into this order.

2.  The petitioner's petition (doc. 1) for writ of habeas corpus is DISMISSED WITHOUT PREJUDICE for failure to exhaust available state remedies.

3.  The clerk shall enter judgment stating: "The petitioner's petition for writ of habeas corpus is DISMISSED."

DONE AND ORDERED this   10th   day of    August   , 2015.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE